United States District Court
Southern District of Texas
**ENTERED**
September 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MELISSA KASHANCHI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-310 |
| | § | |
| ANDREW SAUL, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff Melissa Kashanchi's cause of action, and all objections thereto. After having reviewed the said Report and Recommendation, and after appropriate review of the objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry No. 11 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the Magistrate Judge, is of the opinion that Defendant's Motion for Summary Judgment is GRANTED, that Plaintiff's Motion for Summary Judgment is DENIED, that the Commissioner's decision is AFFIRMED, and that this case be **DISMISSED**.

The Clerk shall send a copy of this Order to counsel for the parties.

SO ORDERED September 30, 2020, at McAllen, Texas.

*Randy Crane*
Randy Crane
United States District Judge